1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

ALIVIA J. STRICKLIN,

Case No. 21-cv-04511-SI

8

Plaintiff,

9

v.

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

10

UNITED STATES OF AMERICA,

11

Defendant.

12

13     Plaintiff called the Court's courtroom deputy requesting the October 1, 2021 initial case

14   management conference be postponed so plaintiff could continue looking for counsel. Plaintiff filed

15   her complaint on June 2, 2021. To date, the complaint has not been served. Pursuant to FRCP 4(m)

16   plaintiffs must serve the complaint within 90 days of when the complaint is filed giving plaintiff a

17   deadline of August 31, 2021, which has come and gone.

18     As such, the Court orders as follows:

19   (1) The initial case management conference will no longer go forward on October 1 and instead

20     **will be set for January 14, 2022 at 2:30 pm.**

21   (2) The Court grants plaintiff a 90-day extension for plaintiff to serve the complaint, giving

22     plaintiff until **November 29, 2021 to serve the complaint on defendants**. Service may be

23     effected by any person who is not a party and who is at least 18 years of age, which means

24     that plaintiff, as a party, may not effect service. If service of the summons and complaint is

25     not made upon a defendant by November 29, 2021 and the summons and proof of service is

26     not filed with the Court within 30 days thereafter, your action will, under Rule 4(m), be

27     dismissed as to that defendant.

28   (3) Failure to do these things within the designated time will result in the dismissal of your case

United States District Court
Northern District of California

1      under Rule 4(m) and Rule 41(b).

2      (4) Plaintiff must review and comply with standing orders for the Northern District and Judge

3          Illston.

4          Finally, the Court recommends plaintiff reach out to the Northern District's pro se litigant

5   help desk.  For additional information on procedures for litigating in Federal Court, pro se litigants

6   are encouraged to contact the Court's Legal Help Center (415) 782-8982 or sign up for an

7   appointment with the Center at 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco,

8   CA 94102.

10         **IT IS SO ORDERED**.

11  Dated: September 21, 2021

12                                                              _____

13                                                              SUSAN ILLSTON
                                                                United States District Judge

*United States District Court*
*Northern District of California*

2