UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIVIA JENEEN STRICKLIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 21-cv-04511-SI<br><br>**ORDER RE BRIEFING SCHEDULE FOR MOTION TO DISMISS** |

On November 23, 2021, defendant filed a motion to dismiss plaintiff's complaint. Dkt. No. 16 (Motion to Dismiss). Pro se plaintiff's opposition to the motion to dismiss was due on December 17, 2021. See Docket Entry for Dkt. No. 16 ("Responses due by 12/7/2021."). To date, plaintiff has not filed an opposition. However, on December 17, 2021, plaintiff contacted the undersigned's courtroom deputy saying plaintiff did not receive the motion to dismiss until November 27, 2021, she thought she had 14 business days to file an opposition, and she would be filing an untimely opposition.

In light of this, the Court hereby sets the following briefing schedule:

Plaintiff's response to the motion to dismiss must be filed on or before January 7, 2022.

Defendant's reply shall be filed on or before January 14, 2022.

The hearing on defendant's motion to dismiss shall be held on January 28, 2022.

**IT IS SO ORDERED**.

Dated: December 17, 2021

_____
SUSAN ILLSTON
United States District Judge