1  Alivia J. Stricklin, Pro Per
   P. O. Box 1495
2  Monterey, CA 93942
   Email: jason21jeneen5194@yahoo.com
3  831-578-0222

4                    UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6                        CITY OF SAN FRANCISCO

7  Alivia J. Stricklin Pro per,              Case No.: 3:21 CV 04511 SI

8           Plaintiff,

9  vs.                                       ORDER FOR MOTION TO SUPPRESS CACI-204
                                              FOR INVESTIGATION MISREPRESENTATION
10 UNITED STATES OF AMERICA,                 AND 3:21 cv 04337 Spero

11          Defendant

12

13         Plaintiffs Motion to Suppress Defendant Missed Discovery cv-04337

14

15         I'm asking the court for a ruling in support of Motion to Suppress any conversation of my

16 previous claim Docket 3:21 cv-04337.  The claim was relying on government presentation of fact under the Federal

17 Tort Claims Act.  Discovery went way beyond the Statute of Limitations."   Responsible custodians never sought

18 any transparency and or explanation, as to why…the withholding (absence of federal due process not returning

19 anything completed to task).  A violation of both federal and state rules.  The unreasonable custody of "of unknown

20 witness responses ended up as insurance to protect any federal liability of suit.

21         The "hearsay" as established government certified documentation is a violation against the FRCP,

22 and plus unauthentic confession obtained promoted "Constitutional Defamation" to maintain "Miranda" argument in

23 violation of.  Never any waring of "we will withhold because of being the Defendant" and "the material possession

24 of  hearsay for "hearsay sake" is violation of the Rules of evidence also constitutes violation of the Fourth and

25 Fourteenth Amendment violations.

26             **The Federal Tort Claims Custodians Playing on Public Sentiment**

27         Violation respect and rights that Congress adopted with discretionary privilege which is not being

28 fairly implement as a matter of law.  The act of false concern speaks out, but the program is for everyone, however
   ORDER FOR MOTION TO SURPRESS PLEADING TITLE - 1

1  in the case I Plaintiff was excluded.  When knowledge is an unverified response if no response at all …equivalent of
2  a non-response. See *Appleton v. Sup. Ct (1988) 206 Cal App. 3rd 632, 636.*  The federal government ignored any
3  participation to physically get involved with my requested investigation.  The government has proactively asserted
4  control over hearsay irrelevant, unreliable or more prejudicial than probative.
5      The Statutory Posture of Claim cv-04511 provides remedy for Defendant(s) misrepresentations.
6  Plaintiff, is asking the Court to reject prejudicial illegal out of material inferences which have advanced into
7  adversary unlawful consumer fraud outcomes.

8  **Resolution and Remedies Are Decided Under Each Cause of Action**

9      At this time, the Defendants should emphasize resolution toward accelerated settlement.  the USA
10 team appears "attempting to drive a dismissal" while engaging facts that have been shredded "attempting to make a
11 go of empty work routine" the FTCA staff originally and technically previously suppressed.
12     The burden of proof for the USA defendants would be too substantial, and the rules of evidence
13 cannot continually be ignored…since All Parties agree to undisputed Motion to Suppress.

19     Dated:  December 10, 2021

21     Respectfully submitted

22     _____

23     Plaintiff Alivia J. Stricklin 12/10/21

ORDER FOR MOTION TO SURPRESS PLEADING TITLE - 2