UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIVIA JENEEN STRICKLIN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 21-cv-04511-SI<br><br>**JUDGMENT**<br>Re: Dkt. No. 36 |

On June 9, 2022, the Court granted defendant's motion to dismiss motion WITH PREJUDICE. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of defendant and against plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: June 9, 2022

SUSAN ILLSTON
United States District Judge