UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIVIA JENEEN STRICKLIN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 21-cv-04511-SI<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF AND MOTION TO APPOINT COUNSEL FOR APPEAL**<br><br>Re: Dkt. Nos. 41, 42 |

On June 9, 2022, this Court granted defendant's motion to dismiss this case with prejudice and entered judgment in favor of defendant United States of America and against plaintiff Alivia Stricklin. Dkt. Nos. 38, 39.

On October 7, 2022, Ms. Stricklin filed, on the docket in this Court: a notice of appeal to the United States Court of Appeals for the Ninth Circuit; a motion for extension of time to file the opening brief; a motion to appoint counsel for appeal; and appellant's opening brief. Dkt. Nos. 40, 41, 42, 43.

The Court DENIES Ms. Stricklin's pending motions (Dkt. Nos. 40, 41), without prejudice to re-filing them in the Ninth Circuit Court of Appeals. Because this Court has already issued a judgment and closed the case, and the case is now on appeal, **Ms. Stricklin should file her appeal documents, including any motions for extension of time to file her opening brief or for appointment of appeals counsel, on the docket in the Ninth Circuit Court of Appeals.** The Ninth Circuit has information for pro se litigants, including how to file motions in that court, on its

website at: https://www.ca9.uscourts.gov/forms/pro-se-litigants/.[1]

**IT IS SO ORDERED**.

Dated: October 20, 2022

_____
SUSAN ILLSTON
United States District Judge

---

[1] Ms. Stricklin filed her motion for appointment of counsel on the Ninth Circuit's Form 24 (Motion for Appointment of Counsel). Instructions for how to complete and file that form are available here: https://cdn.ca9.uscourts.gov/datastore/uploads/forms/form24instructions.pdf.